AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Angela Burris Priest | )  |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    8-15-cv-2548-TMC |
| The City of Abbeville; The City of Abbeville | ) |
| Police Department; Chief of Police Neil | ) |
| Henderson; David McCuen | ) |
| *Defendant*(s) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered for Defendants The City of Abbeville; The City of Abbeville Police Department; Chief of Police Neil Henderson; and David McCuen.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M Cain.

Date:   March 30, 2017

*CLERK OF COURT*

s/L K McAlister, deputy clerk

_____

*Signature of Clerk or Deputy Clerk*