FILED: June 30, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1566
(8:15-cv-02548-TMC)
_____

ANGELA BURRIS PRIEST, a/k/a Angela Burns, a/k/a Angela Beth Burns

  Plaintiff - Appellant

v.

ABBEVILLE, THE CITY OF; ABBEVILLE CITY POLICE DEPARTMENT; CHIEF OF POLICE NEIL HENDERSON, in his capacity as Chief of Police; DAVID MCCUEN

  Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

  This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*